**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Angela WILLINGHAM, a.k.a. Angela Gustave, Defendant-Appellant.**

No. 16-11278
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Filed (January 30, 2017)

R. Brian Tanner, James D. Durham, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff-Appellee

Angela Willingham, Coleman, FL, for Defendant-Appellant

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

John Taylor appointed counsel for Angela Willingham in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Willingham's convictions and sentences are **AFFIRMED.**